# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0800
_____

MICHAEL SPIVEY,

Appellant,

v.

POLK COUNTY SCHOOL BOARD,
and JOHNS EASTERN COMPANY,
INC.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: June 3, 2005.

May 5, 2026

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Vanessa J. Johnson and Warren K. Sponsler of Sponsler, Johnson and Andrews, P.A., Tampa, for Appellees.